UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| AXIS SURPLUS INSURANCE COMPANY, an Illinois company,<br><br>Plaintiff,<br><br>-vs-<br><br>GROAT BROS., INC., a Washington corporation; T.W. CLARK CONSTRUCTION, LLC, a Washington limited liability company; and WAPATO SCHOOL DISTRICT a Washington municipal corporation,<br><br>Defendants. | NO. CV-13-3037-LRS<br><br>**ORDER OF DISMISSAL** |

Pursuant to the stipulation of the parties (ECF No. 58) filed September 12, 2013, **IT IS HEREBY ORDERED** that the above-entitled cause of action shall be and is hereby dismissed with prejudice and without an award of attorney's fees or costs to any party.

The District Court Executive is directed to enter this Order and **CLOSE THE FILE**.

**DATED** this 16th day of September, 2013.

*s/Lonny R. Suko*

---
LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER - 1